■    THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RALPH LEICHTWEISS and COSIMO MAZZAPELLA, Respondents.—Appeal by the People from so much of an order of the Supreme Court, Queens County, dated April 5, 1977, as granted the branch of defendants' motion which sought dismissal of the first and second counts of the indictment. Order reversed insofar as appealed from, on the law, and the first and second counts of the indictment are reinstated (see *People v Leichtweis,* 59 AD2d 383). Hopkins, J. P., Latham, Rabin and Margett, JJ., concur.